INSURANCE COMPANY OF NORTH
AMERICA et al.

v.

TRAWLER CORMORANT, Inc. et al.

No. 4830.

United States Court of Appeals,
First Circuit.

June 21, 1954.

Thomas H. Walsh, Boston, Mass. (Leo F. Glynn, Boston Mass., on the brief), for appellants.

Charles S. Bolster, Boston, Mass. (Francis T. Leahy and Bingham, Dana & Gould, Boston, Mass., on the brief), for Trawler Cormorant, Inc., and Pilgrim Trust Co., appellees.

Francis E. Silva, Jr., Boston, Mass. (Richard J. Cotter and Warner, Stackpole, Stetson & Bradlee, Boston, Mass., on the brief), for Bromfield Mfg. Co., Inc., appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The final decree of the District Court entered on October 22, 1953, is affirmed.

A. G. BLISS COMPANY, Plaintiff-Appellant

v.

UNITED–CARR FASTENER COMPANY OF CANADA, Limited, Defendant-Appellee.

No. 4829.

United States Court of Appeals
First Circuit.

June 10, 1954.

Leo M. Goldberg, Providence, R. I. (Philip B. Goldberg, George Ajootian, Joseph Palmieri and Goldberg & Goldberg, Providence, R. I., on the brief), for appellant.

Robert W. Meserve, Boston, Mass. (Benjamin H. Lacy and Nutter, McClennen & Fish, Boston, Mass., on the brief), for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the Memorandum of Decision by Judge Ford. 116 F.Supp. 291.